UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARTER PAGE,
c/o Global Natural Gas Ventures LLC
101 Park Ave., Suite 1300
Oklahoma City, OK 73102
(405) 825-0172,

      Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue NW
Washington, DC 20530-0001,

      Defendant.

Civil Action No.:   19-cv-03149 (KBJ)

**MOTION FOR CM/ECF USER NAME AND PASSWORD**

1. Pursuant to Local Rule 5.4(b)(2), Plaintiff Carter Page, *pro se*, respectfully moves for CM/ECF filing permission.

2. In accordance with the criteria set forth in LCvR 5.4(b)(2), Dr. Page has been permitted to file electronically in other federal courts. He has been granted such CM/ECF filing permission for both the U.S. Court of Appeals for the Second Circuit (member of the NextGen CM/ECF system), as well as the U.S. District Court for the Western District of Oklahoma.

3. Dr. Page has access to the internet. He confirms his capacity to file documents and receive filings electronically on a regular basis.

4. In addition to extensive online training, the Plaintiff has also met or exceeded the CM/ECF training requirements set forth in another jurisdiction as demonstrated by his successful

RECEIVED
OCT 24 2019
Clerk, U.S. District and
Bankruptcy Courts

completion of the following classroom education sessions with the U.S. District Court for the Southern District of New York:

| Date | ECF Training received | Location |
|---|---|---|
| February 15, 2018 | POC & Intro Class | Daniel Patrick Moynihan Courthouse |
| October 11, 2017 | Attorney Civil Case Opening | Thurgood Marshall Courthouse |

5.  By way of clarification, the latest version of the Local Rules as last updated on July 15, 2019 requires that this filing be entitled "Motion for CM/ECF User Name and Password" [LCvR 5.4(b)(2)]. More recently, the U.S. District Court for the District of Columbia upgraded to the NextGen CM/ECF system last week. This "provides a new logon module that allows you to use your PACER account to access PACER and any NextGen court in which you are allowed to file."[1] The Plaintiff confirms that he has had a NextGen CM/ECF User Name and Password since August 27, 2018. Thus in accordance with this jurisdiction's newly upgraded system, he instead respectfully requests the Court's permission to use his existing NextGen CM/ECF account for filing in this jurisdiction.

Dated: October 24, 2019

Very respectfully,

By: /s/ Carter Page
Carter Page
c/o Global Natural Gas Ventures LLC
101 Park Ave., Suite 1300
Oklahoma City, OK 73102
Phone (405) 825-0172
Fax    (405) 825-0177

---

[1] https://www.pacer.gov/ecfcbt/cso/PACER_Job_Aids/Upgrade_PACER_Account_Jan2018_v2.pdf

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2019, I hand delivered the foregoing document to United States Court for the District of Columbia. I respectfully request that notice and service of this filing to counsel of record for the parties be made by the Court through the CM/ECF system.

Dated: October 24, 2019

By: /s/ Carter Page
Carter Page
c/o Global Natural Gas Ventures LLC
101 Park Ave., Suite 1300
Oklahoma City, OK 73102
Phone (405) 825-0172
Fax    (405) 825-0177