UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　Defendant. | Civil Action No.:  19-cv-03149 (KBJ) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION FOR AN EXTENSION OF TIME**

1.　　Plaintiff Dr. Carter Page, *pro se*, objects to the motion by the Department of Justice ("DOJ") for an extension of time (ECF, No. 6) to respond to the Complaint (ECF, No. 1). Whereas DOJ plans imminent further violations of Plaintiff's legal and Constitutional rights including the Privacy Act of 1974 over the interim period[1] and prior to completion of any prerequisite 5 U.S.C. § 552a(d)(2) reviews (*Id.,* Compl., at ¶ 10), Defendant's motion should be denied.

2.　　The original causes of action for this litigation stemmed in part from DOJ's illegal dissemination of the Defendant's fraudulent FISA affidavits to the *New York Times* in July 2018 against the Plaintiff's consent (Compl., ECF No. 1, at ¶¶ 7, 22, 26, et al).  Rather than remedy this alleged criminal activity [5 U.S.C. § 552a(i)(1)], associates of the Defendant over recent days have against the Plaintiff's consent now illegally leaked to this same newspaper alleged details surrounding the draft DOJ Inspector General FISA Abuse report[2] – a historic forthcoming

---

[1]　Charles Creitz, "Graham: DOJ watchdog's FISA report will be released Dec. 9," Fox News, November 20, 2019.
[2]　Adam Goldman and Charlie Savage, "Report Is Said To Clear F.B.I. Of Bias Claims," *New York Times*, November 23, 2019, page A1. Adam Goldman, "Review of Russia Inquiry Is Expected to Say F.B.I. Did Not Spy on Trump," *New York Times*, November 28, 2019, A19.  See

document encompassing a system of records regarding the Plaintiff [5 U.S.C. § 552a(a)(5)] which represented another initial cause of action for this litigation (Compl., at ¶¶ 8-11, 26, et al).

3. Over recent weeks, Plaintiff has been in correspondence with the U.S. Senate Judiciary Committee and in negotiations with the Defendant in a final attempt to find an interim solution which minimizes further damage to Dr. Page and protects him against subsequent violations of his rights while still allowing essential disclosures about the Defendant's crimes. Underscoring the broader implications of this matter, Judge Emmet G. Sullivan on Wednesday granted a Joint Motion to modify the schedule for a case related to these highly anticipated disclosures surrounding the underlying FISA abuse against Dr. Page (*U.S.A. v. Michael T. Flynn*, 17-cr-00232-EGS, D.D.C., granting ECF No. 140). To the extent that an amicable solution is not reached by early the week of December 2, 2019, Plaintiff intends to file an emergency injunction motion to help mitigate the impact of further criminal activity by the Defendant.

4. On Monday, this Court confirmed that Article II authorities: "do not have subjects, bound by loyalty or blood, whose destiny they are entitled to control." (*Committee on the Judiciary v. McGahn*, 19-cv-02379-KBJ, D.D.C., ECF No. 46, p. 116). But characteristic of the Defendant's Orwellian overreach, DOJ has instead continued to exercise an even greater level of absolute control entailing life-threatening damages against the Plaintiff, stemming from the United States Government's incessant violations of the Privacy Act of 1974 and other alleged criminal activity. Denial of the Defendant's request for any such further unnecessary delays (ECF, No. 6) may represent an initial step towards restoring the rule of law.

Dated: November 29, 2019

Very respectfully,
By: /s/ Carter Page
Carter Page, Ph.D.

---

also Katherine Rodriguez, "Jason Chaffetz: NYT Pre-Spinning of Inspector General Report 'True to Script' for Democrats," Breitbart, November 28, 2019.

                                        c/o Global Natural Gas Ventures LLC  
                                        101 Park Ave., Suite 1300  
                                        Oklahoma City, OK 73102  
                                        Phone (405) 825-0172