## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER PAGE, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) Civil Action No. 1:19-cv-03149-KBJ |
| | ) |
| U.S. DEPARTMENT OF JUSTICE, | ) |
| | ) |
| *Defendant.* | ) |
| | ) |

## DECLARATION OF PAUL P. COLBORN

I, Paul P. Colborn, declare as follows:

1.      I am a Special Counsel in the Office of Legal Counsel ("OLC") of the United States Department of Justice (the "Department") and a career member of the Senior Executive Service. I joined OLC in 1986, and since 1987 I have had the responsibility, among other things, of supervising OLC's responses to requests it receives under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. I submit this declaration in support of the Government's Partial Motion for Summary Judgment. The statements that follow are based on my personal knowledge, as well as on information provided to me by OLC attorneys and staff working under my direction.

### OLC RECEIPT AND PROCESSING OF PLAINTIFF'S FOIA REQUEST

2.      By letter dated June 22, 2017 and transmitted via email to OLC that day, OLC received Plaintiff's FOIA request forwarded by the Office of Information Policy ("OIP"). The letter informed OLC that the FOIA request, dated May 21, 2017 and received by OIP on June 2, 2017, was also being processed by OIP on behalf of certain other offices of the Department of Justice, but was being forwarded to OLC because it also sought records from OLC. The FOIA request attached to that letter sought ten categories of records related to Plaintiff. A copy of Plaintiff's FOIA request ("FOIA Request")—redacted to protect Plaintiff's personally

identifiable information—is attached hereto as Exhibit A, along with the letter from OIP forwarding the FOIA request to OLC.

3.      By letter dated July 20, 2017 and transmitted by email the same day, I acknowledged receipt of the FOIA Request by OLC and informed Plaintiff that it had been assigned tracking number FY17-245.  I further informed Plaintiff that the FOIA Request had been placed in OLC's complex processing track.  A copy of that letter ("OLC Acknowledgment Letter") is attached hereto as Exhibit B.

4.      Following transmission of the OLC Acknowledgment Letter, Plaintiff sent two emails seeking faster processing of his FOIA request. By letter dated July 21, 2017 and transmitted by email that same day, I informed Plaintiff that OLC had construed these emails as a request for expedited processing under the FOIA, as set forth in the Department's regulations at 28 C.F.R. § 16.5(e)(1)(i)-(iv). I further informed Plaintiff that pursuant to 28 C.F.R. § 16.5(e)(3), his request for expedition had been denied for failure to set out in detail the basis for requesting expedited processing.  A copy of that letter ("OLC Expedition Letter") is attached hereto as Exhibit C.

5.      Following transmission of the OLC Expedition Letter, Plaintiff exchanged several emails with OLC FOIA staff, culminating in Plaintiff's submission of a letter dated July 23, 2017 and received by OLC the following day, seeking expedited status for the FOIA Request from OLC and also referring to a FOIA tracking number from the Executive Office of United States Attorneys ("EOUSA").  A copy of that letter ("Page Expedition Letter") is attached hereto as Exhibit D.

6.      By letter dated August 2, 2017 and transmitted by email the same day, I informed Plaintiff that OLC had completed a search for parts (5) through (10) of the FOIA request and had identified no responsive records. I reminded Plaintiff that as he had been advised in a June 29, 2017 letter from OIP, parts (1) through (4) of his request had been forwarded to the National Security Division ("NSD") and NSD would respond to those portions. A copy of that letter ("OLC Response Letter") is attached hereto as Exhibit E.

2

7.      Because OLC closed the request before ten calendar days had elapsed from OLC's receipt of the Page Expedition Letter, OLC did not make a determination on the requests for expedited processing contained therein.

8.      Following transmission of the OLC Response Letter, Plaintiff again exchanged several emails with OLC FOIA staff, in which OLC clarified to Plaintiff that each component of the Department processing the FOIA Request would make its own determinations on both expedition and substantive processing.  On August 11, 2017, OLC was informed by OIP that Plaintiff had appealed OLC's denial of expedited processing.  OLC provided OIP the relevant information on the request and on August 18, 2017, OIP informed OLC that it had closed that appeal as moot.  I am not aware of any other appeal related to Plaintiff's FOIA Request.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: December 20, 2019, Washington, D.C.

_____

PAUL P. COLBORN

# Exhibit A

**Golden, Melissa (OLC)**

| | |
|---|---|
| **From:** | Smith, James M. (OIP) |
| **Sent:** | Thursday, June 22, 2017 4:22 PM |
| **To:** | USDOJ-Office of Legal Counsel (SMO) |
| **Cc:** | Golden, Melissa (OLC) |
| **Subject:** | Routing of FOIA Request |
| **Attachments:** | OLC Routing Memo.pdf |

Please see attached FOIA request being routed to your Office.

Please feel free to contact me with any questions.

Best,

James Matthew Smith
Attorney-Advisor
Office of Information Policy
U.S. Department of Justice
(202) 305-0580



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

June 22, 2017

**<u>MEMORANDUM</u>**

TO:          Melissa Golden
             Lead Paralegal and FOIA Specialist
             Office of Legal Counsel

FROM:        Initial Request Staff

SUBJECT:     Freedom of Information Act (FOIA) Request Received by
             <u>Office of Information Policy (OIP) No. DOJ-2017-004452 (AG), et. al.</u>

        Please be advised that the attached FOIA request from Carter Page was received by the Office of Information Policy on June 2, 2017.  Because it is seeking records of interest to the Office of Legal Counsel, we are forwarding this request to your Office for processing and direct response to the requester.  For your information, we are also processing this request on behalf of the Office of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, and Public Affairs.  **Please be advised that the requester is seeking a fee waiver for this request.**  This Office did not yet make a determination regarding the request for a fee waiver or the requester's fee category.

Attached is the initial request, a certification of identify form, and the Mail Referral Unit response sent to the requester.  Should you have any questions regarding this matter, please contact James Smith of this Office at 202-305-0580 or james.m.smith@usdoj.gov.

Attachment

Carter Page
Global Energy Capital LLC
590 Madison Avenue 21st
New York, NY 10022



7015 3430 0000 5942 4306



U.S. POSTAGE
PAID
POUGHKEEPSIE, NY
12603
MAY 22 '17
AMOUNT
$5.29
R2304M110583-09

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001

INSPECTED 14

X-RAYED
MAY 30 2017
DOJ MAILROOM

20530-0001



**GLOBAL ENERGY CAPITAL** LLC

**CARTER PAGE**, CFA
*Managing Partner*

590 Madison Avenue
21st Floor
New York, NY 10022

d: +1
f: +1
m: +1

cpage@globalenergycap.com

**U.S Department of Justice**          **Certification of Identity**



FORM APPROVED OMB NO. 1103-0016
EXPIRES 03/31/17

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]     Carter W. Page

Citizenship Status [2]     United States         Social Security Number [3] ▇▇▇▇▇

Current Address     C/o Global Energy Capital LLC, 590 Madison Ave, 21st Fl, New York, NY 10022

Date of Birth ▇▇▇ 1971         Place of Birth ▇▇▇▇▇▇▇

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Carter W. Page

**Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

Signature [4] _[signature]_         Date May 21, 2017

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

G L O B A L   E N E R G Y   C A P I T A L   L L C

May 21, 2017

<u>VIA CERTIFIED MAIL</u>

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001

<u>Re:  Freedom of Information Act/Privacy Act Request</u>

Dear FOIA/PA Officer:

On April 11, 2017, the Washington Post reported, "The FBI obtained a secret court order last
summer to monitor the communications of an adviser to presidential candidate Donald Trump,
part of an investigation into possible links between Russia and the campaign, law enforcement
and other U.S. officials said.  The FBI and the Justice Department obtained the warrant targeting
Carter Page's communications after convincing a Foreign Intelligence Surveillance Court judge
that there was probable cause to believe Page was acting as an agent of a foreign power, in this
case Russia, according to the officials."  See Ellen Nakashima, Devlin Barrett and Adam Entous,
FBI obtained FISA warrant to monitor Trump adviser Carter Page, THE WASHINGTON POST
(available at http://wapo.st/2pr7kpE).

I (Carter Page) therefore request that the U.S. Department of Justice produce the following
within 20 business days:

- All information gathered pursuant to the warrant issued by the Foreign
  Intelligence Surveillance Court authorizing the electronic surveillance of Carter
  Page.  Such information includes, but is not limited to, transcripts or summaries of
  any telephonic or electronic communications of Carter Page;

- The warrant issued by the Foreign Intelligence Surveillance Court authorizing the
  electronic surveillance of Carter Page;

- The application and all other materials submitted to the Foreign Intelligence
  Surveillance Court to obtain a warrant authorizing the electronic surveillance of
  Carter Page;

- All records relied upon in preparing the application to the Foreign Intelligence
  Surveillance Court to obtain a warrant authorizing the electronic surveillance of
  Carter Page;

- All communications within the U.S. Department of Justice concerning Carter
  Page.  Such communications include, but are not limited to, communications

- concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of the Federal Bureau of Investigation, the National Security Agency, the National Security Council, the White House, or the Office of the Director of National Intelligence concerning Carter Page. Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any member or staff member of Congress concerning Carter Page as well as all records provided to any member or staff member of Congress concerning Carter Page. Such communications or records include, but are not limited to, communications or records concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any journalist or member of the news media concerning Carter Page. Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of Hillary Clinton's campaign for President or any representative of Hillary Clinton or her campaign concerning Carter Page. Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page; and

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of Donald Trump's campaign for President, any representative of Donald Trump or his campaign, or any official, officer, employee, or representative of President-Elect Donald Trump's transition team concerning Carter Page. Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page.

The time frame for this request is June 1, 2016 to April 30, 2017.

**A copy of my (Carter Page's) signed, fully executed Certification of Identity form is included herewith.**

This request is made pursuant to the provisions of the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, and is made for educational purposes, not commercial use.

<u>Because I am unsure which U.S. Department of Justice components would have the records responsive to my request, I am submitting this request to the Department's Mail Referral Unit. Nonetheless, I believe that the Office of the Associate Attorney General, the Office of the Attorney General, the Criminal Division, the Office of the Deputy Attorney General, the Executive Office for United States Attorneys, the National Security Division, the Office of Legal Counsel, the Office of Legislative Affairs, and the Office of Public Affairs may have responsive records.</u>

Please ensure that, when searching for records responsive to this request, proper consideration is given to the use of non-official electronic messaging accounts, as that term is defined in 44 U.S.C. § 2911. To the extent officers and employees are using non-official electronic messaging accounts to conduct official business, they are required to copy their official electronic messaging accounts in the original creation or transmission of the communication, or forward a complete copy of the communication to their official electronic messaging accounts not later than 20 days after the original creation or transmission of the record. 44 U.S.C. § 2911(a). This requirement applies to email and all other electronic messaging systems, including text messages, whether encrypted or unencrypted. Any such communications are public records and are included within the scope of this request.

Please produce all responsive records in an electronic format ("pdf" is preferred), if convenient. I am also willing to accept a "rolling production" of responsive records if it will facilitate a more timely production.

I have been the subject of substantial media interest (*see, e.g.,* Scott Shane, Mark Mazzetti and Adam Goldman, *Trump's Adviser's Visit to Moscow Got the FBI's Attention,* THE NEW YORK TIMES, available at https://www.nytimes.com/2017/04/19 /us/politics/carter-page-russia-trump.html). I am therefore entitled to a waiver of both search fees and duplication fees because "disclosure of the information is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records undoubtedly will shed light on "the operations or activities of the government." *Cause of Action v. Federal Trade Comm.,* 799 F.3d 1115 (D.C. Cir. 2015) (*quoting* 5 U.S.C. § 552(a)(4)(A)(iii)). Disclosure also is "likely to contribute significantly to the public understanding" of those operations or activities because, among other reasons, I intend to disseminate both the records and its findings to "a reasonably broad audience of persons interested in the subject" via my appearances on news programs. *Cause of Action,* 799 F.3d at 1116 (*quoting Carney v. U.S. Dep't of Justice,* 19 F.3d 807, 815 (2d Cir. 1994)).

In the event our request for a waiver of search and/or duplication costs is denied, I agree to pay up to $300.00 in search and/or duplication costs. I however request that I be contacted before any such costs are incurred, in order to prioritize search and duplication efforts.

If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact me immediately.

Thank you for your cooperation.

Sincerely,

Carter Page, Ph.D.



**U.S. Department of Justice**

*Washington, D.C. 20530*

June 2, 2017

Carter Page
590 Madison Ave
21st Floor
New York, NY   10022

Dear Sir/Madam:

This is in response to your request for records, Tracking Number, 7015 3430 0000 5942 4306. Your Freedom of Information Act and/or Privacy Act (FOIA/PA) request was received by this office which serves as the receipt and referral unit for FOIA/PA requests addressed to the Department of Justice (DOJ).   Federal agencies are required to respond to a FOIA request within 20 business days.   This period does not begin until the request is actually received by the component within the DOJ that maintains the records sought, or ten business days after the request is received in this office, whichever is earlier.

We have referred your request to the DOJ component(s) you have designated or, based on descriptive information you have provided, to the component(s) most likely to have the records. All future inquiries concerning the status of your request should be addressed to the office(s) listed below:

> FOIA/PA
> Federal Bureau of Investigation
> Department of Justice
> 170 Marcel Drive
> Winchester, VA   22602
> (540) 868-4500
>
> FOIA/PA
> Office of Information Policy
> Department of Justice
> Suite 11050
> 1425 New York Avenue, N.W.
> Washington, DC   20530-0001
> (202) 514-FOIA

Sincerely,

Evie Sassok, Assistant Director
Logistics Management
Facilities and Administrative Services Staff
Justice Management Division

# Exhibit B



**U.S. Department of Justice**

Office of Legal Counsel

*Washington, D.C. 20530*

July 20, 2017

Carter Page
CPage@globalenergycap.com

Re:    FOIA Tracking No. FY17-245

Dear Mr. Page:

This letter acknowledges receipt of your May 21, 2017 Freedom of Information Act ("FOIA") request to the Mail Referral Unit ("MRU") at the Department of Justice, in which you sought ten categories of records regarding "the electronic surveillance of [you,] . . . [from] June 1, 2016 to April 30, 2017." The MRU referred your request to the Office of Information Policy, which, in turn, referred your request to the Office of Legal Counsel ("OLC"), for our direct response to you. We received your request on June 22, 2017, and it has been assigned tracking number **FY17-245**. Based on our preliminary review of your request, and pursuant to 28 C.F.R. § 16.5(b), your request has been tentatively assigned to the "complex" processing track. If you would like to narrow your request so that it can be transferred to the "simple" track and processed more quickly, please contact Melissa Golden at the address and phone number provided below.

Because of the considerable number of FOIA requests received by OLC before your request, we have not yet been able to determine the extent to which there may be documents within the scope of your request. Accordingly, we will be unable to comply with the statutory deadline for responding to your request. I regret the necessity of this delay, but I assure you that your request will be processed as soon as practicable.

We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether fees will be assessed for this request. We note that in the event your fee waiver is denied, you have agreed to pay fees up to $300.

In the meantime, if you have any questions or wish to discuss your request, you may contact Melissa Golden, our Lead Paralegal and FOIA Specialist and FOIA Liaison, at (202) 514-2053, or at Office of Legal Counsel, United States Department of Justice, 950 Pennsylvania Avenue, N.W., Room 5511, Washington, DC 20530.

Sincerely,

Paul P. Colborn

Paul P. Colborn
Special Counsel

# Exhibit C



**U.S. Department of Justice**

Office of Legal Counsel

*Washington, D.C. 20530*

July 21, 2017

Carter Page
CPage@globalenergycap.com

**Re: FOIA Tracking No. FY17-245**

Dear Mr. Page:

As you were informed in the letter transmitted to you yesterday, your Freedom of Information Act ("FOIA") request to the Department of Justice ("DOJ") Mail Referral Unit was referred to the Office of Legal Counsel ("OLC"), among others, for direct response to you. Following that letter acknowledging receipt, we have received two emails from you stating that "this should somehow be elevated in terms of priority" and that your "request should be urgently pushed through and expedited." We are construing these emails as a request for expedited processing under the FOIA.

DOJ regulations set forth the available bases for expedited processing. 28 C.F.R. § 16.5(e)(1)(i)-(iv). Under the Department's regulations, "[a] requester who seeks expedited processing must submit a statement, certified to be true and correct, explaining in detail the basis for making the request for expedited processing." *Id.* § 16.5(e)(3). While you make clear in your emails that you are seeking expedited treatment, you have neither identified which of the four DOJ criteria you are seeking expedited processing under, *see id.* § 16.5(e)(1)(i)-(iv), nor provided a certified statement presenting any facts or information that you identify as the basis for your request for expedited processing under DOJ regulations. We are therefore unable to assess your request for expedited treatment at this time. Accordingly, we are not giving your request expedited treatment at this time. You are free to resubmit your request for expedited processing at any time with the necessary information, at which point OLC will reconsider your request. *See id.* § 16.5(e)(2).

Additionally, you may contact the Office of Government Information Services ("OGIS") at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

You have the right to an administrative appeal. You may administratively appeal by writing to the Director, Office of Information Policy ("OIP"), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web

site: https://foiaonline.regulations.gov/foia/action/public/home.  Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request.  If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Paul P. Colborn
Special Counsel

# Exhibit D

# G L O B A L   E N E R G Y   C A P I T A L   L L C

July 23, 2017

BY ELECTRONIC MAIL

Paul P. Colborn
Special Counsel
Office of Legal Counsel
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, DC 20530

Subject: Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Mr. Colborn:

Thank you for your correspondence of last Friday, July 21, 2017, outlining the additional information required prior to your office's proceeding with my expedited processing request of FOIA case No. FY17-245. The purpose of this letter is to provide you those further details in accordance with Department of Justice regulations and 28 C.F.R. § 16.S(e)(l)(i)-(iv): "[a] requester who seeks expedited processing must submit a statement, certified to be true and correct, explaining in detail the basis for making the request for expedited processing."

As per the summary information included below, my current request and appeal should be processed immediately, on an expedited basis since my case unmistakably meets each of the four criteria:

(i)   **Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual**
      – By way of background, the complete lies that have been consistently distributed by the Clinton-Obama-Comey regime about myself and other supporters of President Trump's 2016 campaign including via the Obama Administration's propaganda networks[1] have directly led to multiple death threats over the course of the past year.

---

[1]   As dutifully recited by the Obama Administration-sponsored Radio Free Europe / Radio Liberty news network in September 2016: "Yahoo News cited the same Western intelligence source as saying that U.S. intelligence officials have received reports that Page has also met with Igor Diveikin, a right-hand man of Vyacheslav Volodin, Putin's first deputy chief of staff and a key architect of Russia's political landscape during Putin's third term." See: "Report: U.S. Intelligence Officials Examining Trump Adviser's Russia Ties," Radio Free Europe / Radio Liberty, September 24, 2016. [http://www.rferl.org/a/report-us-intelligence-probes-trump-advisers-russia-ties-kremlin/28010062.html]
Just days before the election, the same U.S. Government-funded sources repeated these fabrications: "Another adviser, Carter Page, reportedly met with top Kremlin officials including

These have included threats that I have received directly via phone including voicemails as well as electronic social media platforms. As has been seen in the case of James T. Hodgkinson from Belleville, Illinois who critically wounded Congressman Steve Scalise at Simpson Field in Alexandria, Virginia as part of another unexpected assault on a supporter of President Trump, the threats directed at me have included profane rants.[2] But most of my more precisely targeted threats have come as direct responses to the steps taken and misinformation campaigns by the Clinton-Obama-Comey regime, particularly as they relate to my inevitably illegitimate FISA warrant.

As a relevant case in point and closely related to section (iii) below regarding the complete violation of all imaginable due process rights seen in my alleged FISA case, I informed FBI agents regarding several of these threats amidst my extensive series of meetings earlier this year – proceedings which have been disclosed last month, apparently illegally once again, to the *Washington Post*.[3]

Immediately following then-FBI Director James Comey's testimony of March 20, 2017, when he first officially announced the Russia witch hunt and refused to answer an array of nonsensical queries from members of Congress which might have otherwise helped dispel the blatantly false allegations about me in the Dodgy Dossier by foreign agents associated with the Clinton campaign[4], I again received one of these threats within just hours of his hearing later that same afternoon. I subsequently informed two of the agents whom I had been in discussions with about this during our next meeting the following week. Apparently since this was during Comey's term at the FBI, amidst a dark period in its history during which the Bureau apparently had little interest in much value-additive, apolitical work in complete violation of its official mission[5], they showed little concern although did indicate that they might try to look into the matter.

---

those under U.S. sanctions." See: Mike Eckel, "Reset To Overload: Russia-U.S. Ties Have Changed, No Matter Who Wins The Election," Radio Free Europe / Radio Liberty, November 6, 2016. [http://www.rferl.org/a/u-s-election-trump-clinton-relations-russia/28100058.html]

[2]    "Scalise critical as shooting stokes fears of rhetoric-fueled violence," Fox News, June 15, 2017. [http://www.foxnews.com/politics/2017/06/15/scalise-critical-as-shooting-stokes-fears-rhetoric-fueled-violence.html]

[3]    Devlin Barrett, "FBI has questioned Trump campaign adviser Carter Page at length in Russia probe," *Washington Post,* June 26, 2017. [https://www.washingtonpost.com/world/national-security/fbi-has-questioned-trump-campaign-adviser-carter-page-at-length-in-russia-probe/2017/06/26/1a271dcc-5aa5-11e7-a9f6-7c3296387341_story.html]

[4]    Rowan Scarborough, "Desperate Dems cling to discredited spy dossier to link Trump to Russians," *The Washington Times*, March 21, 2017. [http://www.washingtontimes.com/news/2017/mar/21/discredited-dossier-detailing-trump-russian-collus/]

[5]    "The mission of the FBI is to protect and defend the United States against terrorist and foreign intelligence threats, to uphold and enforce the criminal laws of the United States, and to provide

But two weeks later, I received continued threats from the same sources within hours of additional hazardous, highly misleading and illegal leaks about my voluntary prior support of an earlier FBI investigation were disclosed by ABC News[6] and BuzzFeed News[7] – media institutions with close ties to the Clinton-Obama-Comey regime.[8]

Domestic terrorism is defined by the 2001 USA Patriot Act as activities that:
''(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;
''(B) appear to be intended—
''(i) to intimidate or coerce a civilian population;
''(ii) to influence the policy of a government by intimidation or coercion; or
''(iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and
''(C) occur primarily within the territorial jurisdiction of the United States.''[9]

The dangerous activities of the Clinton-Obama-Comey regime related to the illicit actions they took against me and other supporters of the Trump campaign unquestionably appear to have met most of these criteria.  Following your expedited disclosure of the requested documents, the citizens of the United States will be very interested to see if the information surreptitiously submitted to the FISA court last year is indeed in violation of the criminal laws related to false evidence.  If this is found to be true, it would further prove that these illicit activities ''(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States,'' as per the definition of Domestic terrorism provided in the 2001 USA Patriot Act.

---

leadership and criminal justice services to federal, state, municipal, and international agencies and partners; and to perform these responsibilities in a manner that is responsive to the needs of the public and is faithful to the Constitution of the United States.''  "Organization, Mission and Functions Manual: Federal Bureau of Investigation," U.S. Department of Justice website, September 26, 2014. [https://www.justice.gov/jmd/organization-mission-and-functions-manual-federal-bureau-investigation]
[6]   Brian Ross and Matthew Mosk, "Trump campaign adviser Carter Page targeted for recruitment by Russian spies," ABC News, Apr 4, 2017. [http://abcnews.go.com/Politics/trump-campaign-advisor-carter-page-targeted-russian-spies/story?id=46557506]
[7]   Ali Watkins, "A Former Trump Adviser Met With A Russian Spy," BuzzFeed News, April 3, 2017.  [https://www.buzzfeed.com/alimwatkins/a-former-trump-adviser-met-with-a-russian-spy]
[8]   Dylan Byers, "George Stephanopoulos discloses $75,000 contribution to Clinton Foundation," Politico, May 14, 2015. [http://www.politico.com/blogs/media/2015/05/george-stephanopoulos-discloses-75-000-contribution-to-clinton-foundation-207120]  Andrew Stiles, "BuzzFeed Hires Former Hillary Clinton Campaign Spokesman," Heat Street, January 30, 2017. [https://heatst.com/politics/buzzfeed-hillary-clinton/]
[9]   "USA PATRIOT Act: Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act of 2001," Public Law 107–56, 107th Congress, October 26, 2001.  [https://www.gpo.gov/fdsys/pkg/PLAW-107publ56/pdf/PLAW-107publ56.pdf]

**(ii)**      **An urgency to inform the public about an actual or alleged Federal Government activity, if made by a person who is primarily engaged in disseminating information** – Due to the reasons outlined in section (i) above which have severely impacted my life, I have temporarily become a person who is primarily engaged in disseminating accurate information.  I am doing this in the interest of immediately resolving the grave risks created through the disinformation campaigns and continuous treacherous lies disseminated by the Clinton-Obama-Comey regime over the past year, in conjunction with their allies in the media.[10]  In addition to the significant perils that this has created for U.S. national security, setting the record straight should also help restore my personal safety by further discrediting the deceitful fabrications which were used in their regime's unsuccessful attempt to rig the 2016 election.  The expedited release of my FISA warrant will play an essential role in achieving that goal, while restoring sanity in this country and a newfound safety in my personal life.

Thus, the main focus of my current primary engagement in disseminating accurate information over the near- to medium-terms includes working on a book project which can help inform the American people of the actual or alleged Federal Government activity illicitly taken against members of the Trump movement in 2016.[11]  This is particularly relevant and applicable given the fact that countless members of the Clinton-Obama-Comey regime might be currently engaged in preparations to further misinform the public about additional false characterizations of Federal Government activity last year which might lead to further havoc in the U.S.[12]  Revelation of the truth regarding the offenses they committed against me in the form of these expedited FISA disclosures can help level the playing field somewhat.

---

[10]     A recent book written by journalists with close ties to the Clinton campaign states: "…That strategy had been set within twenty-four hours of [Mrs. Clinton's] concession speech. Mook and Podesta assembled her communications team at the Brooklyn headquarters to engineer the case that the election wasn't entirely on the up-and-up. For a couple of hours, with Shake Shack containers littering the room, they went over the script they would pitch to the press and the public. Already, Russian hacking was the centerpiece of the argument."  Jerome Hudson, "'Shattered' Revelation: Clinton Campaign Hatched Russian Hacking Narrative 24 Hours After Hillary's Loss," Breitbart, April 21, 2017.  [http://www.breitbart.com/big-government/2017/04/21/shattered-revelation-clinton-campaign-hatched-russian-hacking-narrative-24-hours-after-hillarys-loss/]  Jonathan Allen and Amie Parnes, *Shattered: Inside Hillary Clinton's Doomed Campaign*, New York: Crown, 2017.

[11]     Jeva Lange, "Carter Page is going to duel James Comey in an epic memoir war," *The Week,* July 17, 2017. [http://theweek.com/speedreads/712524/carter-page-going-duel-james-comey-epic-memoir-war]

[12]     Concepción de León, "Is Everyone in Politics Writing a Tell-All? Yes," *New York Times,* July 20, 2017. [https://www.nytimes.com/2017/07/20/books/review/political-books-announced.html]

As you may be aware, it has been widely reported that the FBI and other agencies within the U.S. Intelligence Community incompetently relied upon the 2016 Dodgy Dossier[13] which was sponsored by Clinton campaign associates as a primary basis for my alleged FISA warrant.[14]  There is a high level of urgency to inform the public about such willful, unlawful harassment of innocent American citizens for political purposes, specifically including the domestic political intelligence operation which they launched against members of the Trump movement including myself.

This all represents one of the most horrendous abuses of power and complete disregard for the civil rights of several U.S. citizens, including myself, during any election in the past 50 years.

As you may be aware, there was intense national interest in President Trump's accurate revelation of the Obama Administration's sick wiretapping of his campaign and its supporters in 2016 – details which James Comey apparently misled Congress about on multiple occasions.[15]  I have included in the Appendix below a summary of why the FOIA disclosure available in the documents I am requesting should help prove the President of the United States' statements to be correct once and for all.

The public urgently needs to know the truth in order to resolve the current treacherous situation which the mainstream media has helped to facilitate in the United States.  As you might have seen, this has been seen most recently with some of their related unsubstantiated attacks on Attorney General Sessions this weekend through more illegal leaks.[16]

---

[13]   Ken Bensinger, Miriam Elder and Mark Schoofs, "These Reports Allege Trump Has Deep Ties To Russia," BuzzFeed News, January 10, 2017.
[https://www.buzzfeed.com/kenbensinger/these-reports-allege-trump-has-deep-ties-to-russia]
[14]   Mirren Gidda, "'Dirty Dossier' Helped the FBI Obtain a Surveillance Warrant for Former Trump Adviser Carter Page," Newsweek, April 19, 2017. [http://www.newsweek.com/carter-page-fbi-surveillance-dirty-dossier-586052]  Evan Perez, Shimon Prokupecz and Manu Raju, "FBI used dossier allegations to bolster Trump-Russia investigation," CNN, April 18, 2017.
[http://www.cnn.com/2017/04/18/politics/fbi-dossier-carter-page-donald-trump-russia-investigation/index.html]
[15]   Extensive details and related citations available in: "Trump Tower wiretapping allegations," Wikipedia. [https://en.wikipedia.org/wiki/Trump_Tower_wiretapping_allegations]
[16]   Adam Entous, Ellen Nakashima and Greg Miller, "Sessions discussed Trump campaign-related matters with Russian ambassador, U.S. intelligence intercepts show," Washington Post, July 21, 2017. [https://www.washingtonpost.com/world/national-security/sessions-discussed-trump-campaign-related-matters-with-russian-ambassador-us-intelligence-intercepts-show/2017/07/21/3e704692-6e44-11e7-9c15-177740635e83_story.html]

5

(iii)   **The loss of substantial due process rights** – The concept of "due process rights" has been severely trampled in the case of myself and other members of the Trump movement, such that they were almost nonexistent last year.  Few examples have been more blatantly evident of that reality than my alleged FISA warrants by the Clinton-Obama-Comey regime.

By comparison to the complete joke this process has been thus far, the list of requisite procedures associated with due process as suggested by the late Judge Henry Friendly[17] helps to put this historic fiasco created by the Clinton-Obama-Comey regime in perspective:

1.  ***An unbiased tribunal.*** – The compendium of severe biases in my case is almost too long to list.  However, much of it has related to the extraordinary biases against Russia amidst the new McCarthyism which has emerged over the past year.  By way of further background, I have done extensive work in that country both as an officer in the U.S. Navy and in my civilian life, all of which has been entirely legal.

2.  ***Notice of the proposed action and the grounds asserted for it.*** – Preliminary reports about the sick wiretap, computer hacking and other related surveillance activities against me by the Clinton-Obama-Comey regime were in the media before the election and thereby created an unfortunate drag on President Trump's campaign through the misdeeds of the U.S. Government during their term in office.  But I have never been officially informed of any proposed action with the exception of the extraordinary amount of deceptive news stories thanks to a series of illegal leaks concerning my FISA fiasco to the press.  I asked the FBI agents about it earlier this year, and they offered no confirmation that the severe violations of my privacy by the U.S. Intelligence Committee as authorized by the FISA Court had even indeed been consummated.  Your help with this long-delayed disclosure might offer an initial step on the pathway towards restoring sanity and justice in America following these severe human rights violations.

3.  ***Opportunity to present reasons why the proposed action should not be taken.*** – I sent the following letter to James Comey following the initial world premiere of excerpts from the Dodgy Dossier in September 2016.[18]  As I noted in my final paragraph: "I would eagerly await [FBI agents'] call to discuss any final questions they might possibly have in the interest of helping them put these outrageous allegations to rest while allowing each of us to shift our attention to relevant matters."  The FBI agents who eventually approached me over five months later

---

[17]   Peter Strauss, "Due Process," Legal Information Institute, Cornell Law School. [https://www.law.cornell.edu/wex/due_process]
[18]   Michael Isikoff, "U.S. intel officials probe ties between Trump adviser and Kremlin," Yahoo News, September 23, 2016. [https://www.yahoo.com/news/u-s-intel-officials-probe-ties-between-trump-adviser-and-kremlin-175046002.html]

6

had a copy of it, but I was completely denied the opportunity to properly defend myself against the attacks by the Clinton-Obama-Comey regime prior to the start of their alleged domestic political intelligence operation in 2016.  In other words, no member of the U.S. Intelligence Community or law enforcement gave me a chance to inform them of the truth during the intervening months.  As you are probably aware, it was during this period that the illegitimate FISA warrants against me were allegedly approved.

September 25, 2016

The Honorable James Comey
Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535

Dear Director Comey:

I am writing to request the FBI's prompt end of the reported inquiry regarding my personal trip to Russia in July 2016   an investigation which has been widely mentioned in the media.  In this regard, I wanted to provide you with a few basic facts that should help underscore what a complete waste of time this witch-hunt directed at me is.

As you may be aware, the source of these accusations is nothing more than completely false media reports.  Yet for the record, I have not met this year with any sanctioned official in Russia despite the fact that there are no restrictions on U.S. persons speaking with such individuals.

I understand that my stake in PJSC Gazprom has also been brought to your attention.  For your information, last month I sold my American Depository Receipts and at this time maintain no holding in the company within any of my investment entities or personal accounts.  My prior stake in Gazprom which I divested last month represented a de minimis equity investment that I sold at a loss.  It is hard to imagine why this information might have been deemed relevant, but I wanted to mention it since you were asked to look into this matter.

In bothering the Bureau with such repeated appeals, the parties who have requested my investigation clearly fail to appreciate the risks they create for America with these shenanigans.  Instead of allowing the staff of the FBI to focus the nation's limited resources on real threats, these desperate and unfounded calls for my investigation as a private citizen to advance political interests based on nothing more than preposterous mainstream media reports is a true disgrace.

Having interacted with members of the U.S. intelligence community including the FBI and CIA for many decades, I appreciate the limitations on your staff's time and assets.  Although I have not been contacted by any member of your team in recent months, I would eagerly await their call to discuss any final questions they might possibly have in the interest of helping them put these outrageous allegations to rest while allowing each of us to shift our attention to relevant matters.  Thank you in advance for your consideration.

Sincerely,

*Carta Page* [signature]

Carter Page

4. ***The right to present evidence, including the right to call witnesses.*** – According to multiple press reports, only loyalists of the Clinton-Obama-Comey regime were apparently allowed the opportunity to present evidence to the FISA kangaroo court last year.  This included calling as a witness, either directly or indirectly via Comey's FBI, Christopher Steele.  It has been reported that $50,000 was offered by the U.S. Government to this transnational political research operatives of the Clinton campaign – apparently a special treat from the Obama Administration to supplement whatever undisclosed, presumably larger amount was already paid by Clinton associates for Steele's 2016 Dodgy Dossier.[19]  The complete lies that the Dodgy Dossier hastily assembled might have carried potentially disastrous results for the integrity of the 2016 election had voters actually fallen for their extreme levels of dishonesty which has still persisted to this day.  But the factual information about the illicit activities of the Clinton-Obama-Comey regime which my illegitimate FISA warrant will make clear whenever your organization discloses it will prove infinitely valuable and relevant to the American public.

5. ***The right to know opposing evidence.*** – Again, I don't know anything about the human rights abuses committed against me and the false evidence that was supposedly submitted before the FISA court rubber-stamped it, with the exception of what loyalists of the Clinton-Obama-Comey regime have continued to leak to the press in the wake of such apparent campaign-government collusion and under the dark cloud of unjustified secrecy.

6. ***The right to cross-examine adverse witnesses.*** – Christopher Steele and all of the Russian agents who supported his Dodgy Dossier, including the middlemen and cutouts more directly linked to other Clinton campaign associates have continued to avoid questioning of late.[20]  But by all accounts, apparently the U.S. Foreign

---

[19]   Matt Apuzzo, Michael S. Schmidt, Adam Goldman and Eric Lichtblau, "Comey Tried to Shield the F.B.I. From Politics. Then He Shaped an Election." *New York Times,* April 22, 2017. [https://www.nytimes.com/2017/04/22/us/politics/james-comey-election.html]  Chuck Ross, "Here's How Much The FBI Planned To Pay Trump Dossier Author," Chuck Ross, Daily Caller, April 22, 2017. [http://dailycaller.com/2017/04/22/heres-how-much-the-fbi-planned-to-pay-trump-dossier-author/]

[20]   Dan Boylan, "Boss of firm behind anti-Trump dossier to plead the Fifth at congressional hearing, *Washington Times*, July 22, 2017.

Intelligence Surveillance Court lazily deferred to individuals loyal to the operatives of the Clinton-Obama-Comey regime and wasn't too concerned about anything like due process last year.

7. ***A decision based exclusively on the evidence presented.*** – This is another reason why it is urgent that I receive this evidence, which will be inevitably proven false. Perhaps the ultimate smoking gun of enormous historic relevance, there have been multiple reports based on leaks that part of the evidence provided to the FISA court related directly to the 2016 Dodgy Dossier.  For your information, not one word in that document related to me is accurate in any way.  But this has not prevented the severe damage from that false evidence which has continued throughout the past ten months including the aforementioned domestic terrorist threats.  These truly pathetic standards of evidentiary proceedings are closely similar to those observed during past monumentally destructive failures of the U.S. Intelligence Community amidst the disastrous October 2002 National Intelligence Estimate (NIE) entitled "Iraq's Continuing Programs for Weapons of Mass Destruction" which successfully misled the U.S. Congress, the American people and the world.[21]  This tragically led to thousands of American service members losing their lives.  The U.S. Intelligence Committee wasn't subjected to much oversight or due process back then either, resulting in this complete catastrophe.

8. ***Opportunity to be represented by counsel.*** – None of the lawyers that have represented me over the past year were ever afforded such an opportunity to participate in these proceedings in any way, as no information has ever been provided.  Neither they nor myself have been even officially notified about these completely unjustified FISA warrant processes instigated by the Clinton-Obama-Comey regime, with the exception of the extensive illegal leaks in the press.

9. ***Requirement that the tribunal prepare a record of the evidence presented.*** – That's precisely along the lines of what I'm asking you for with this urgent request for documents related to my undoubtedly falsified FISA warrant.  Better late than never but so far, I have seen nothing except details which have been illegally leaked to the press.

10. ***Requirement that the tribunal prepare written findings of fact and reasons for its decision.*** – Again, I'm still waiting.  Hopefully you and your colleagues might finally be able to provide me in an expedited fashion with whatever nonsense the Clinton-Obama-Comey regime came up with regarding me for the gullible Foreign Intelligence Surveillance Court.

---

[http://www.washingtontimes.com/news/2017/jul/22/glenn-simpson-figure-behind-anti-trump-dossier-ple/]

[21]   National Intelligence Estimate, "Iraq's Continuing Programs for Weapons of Mass Destruction," October 2002. [http://nsarchive.gwu.edu/NSAEBB/NSAEBB129/nie.pdf]

**(iv)**   **A matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence**

- As you have undoubtedly seen in case you happen to have ever turned on CNN, MSNBC or most other mainstream media outlets at any point over the past half year, the hysterical fake Russia news stories which continue to falsely accuse the Trump campaign and the new Administration of wrongdoing have been mostly blanketing the airwaves literally around the clock.  In contrast to the legal disclosure which I am requesting here, for example, these reports have predominantly consisted of illegal leaks to the press.  It is unfortunate that this clear instance of a complete lack of so-called "government integrity" has sought to surreptitiously undermine the democratically elected President of the United States.

It is worth noting that the Chairman of the Senate Committee on the Judiciary Committee Charles E. Grassley, the Chairman of the Subcommittee on Crime and Terrorism Lindsey Graham and other members of Congress have also sought to reestablish some semblance of justice in America by requesting records of these alleged vindictive FISA warrants.[22]

As the author Tim Weiner presciently forewarned last year: "The F.B.I… has the awesome power to destroy someone, delivering blows as only the bureau can. It cannot and must not devolve into what it was in the 20th century after the Cold War — a backbiting, bitter, badly led phalanx of spies with guns — or revert to its old role under Hoover as an instrument of political warfare."[23]

But by all indications and as subsequently revealed in recent months, it indeed simultaneously devolved and reverted in 2016 precisely along each of those respective lines under James Comey, if the illegally leaked reports in the press are to be believed.  Your disclosure of these illegitimate FISA documents can help get to the bottom of these essential questions about the "government's integrity" under the Clinton-Obama-Comey regime that continue to affect public confidence to this day.

This matter of widespread and exceptional media interest in which there exist possible questions about the government's integrity that affect public confidence represents a battle between legitimate FOIA processes such as mine here and the de facto FILTH

---

[22]   "Grassley, Graham Seek Surveillance Applications in Russia Probe," Website of Senator Chuck Grassley, June 28, 2017.  [https://www.grassley.senate.gov/news/news-releases/grassley-graham-seek-surveillance-applications-russia-probe]   Chuck Ross, "Lindsey Graham Previews Tough Questions For Obama Officials About Trump Surveillance," Daily Caller, April 25, 2017. [http://dailycaller.com/2017/04/25/lindsey-graham-previews-tough-questions-for-obama-officials-about-trump-surveillance/]
[23]   Tim Weiner, "The Long Shadow of J. Edgar Hoover," *New York Times,* November 1, 2016. [https://www.nytimes.com/2016/11/01/opinion/the-long-shadow-of-j-edgar-hoover.html]

Act - Freedom of Illegal Leakers to Terrorize Humans. Over the past year, the de facto FILTH Act has represented a fundamental governing principle of those leading the soft coup against our democratically-elected President, the American people and our democracy.

With respect to my related prior request to the U.S. Department of Justice's Executive Office for United States Attorneys (EOUSA) Tracking No. EOUSA-2017-001754, I would also make this same expedited processing request regarding that matter as well. All of the same four criteria described above apply for that interrelated request too, albeit in that case criteria (iii) the loss of substantial due process rights was slightly less severe since I was not as egregiously targeted for exercising my First Amendment rights in that prior instance. I have recently been asked by EOUSA to identify the specific United States Attorney's office(s) where I believe records may be located. According to the leaks to the press by operatives violating the law in accordance with the de facto FILTH Act fundamental governing principles now dominating Washington today, it has been revealed to ABC News and BuzzFeed News that this was filed in the United States Attorney for the Southern District of New York in January 2015 as per the announcement by Attorney General Eric Holder, Assistant Attorney General for National Security John P. Carlin, U.S. Attorney Preet Bharara for the Southern District of New York and Assistant Director Randall C. Coleman of the FBI's Counterintelligence Division[24] and their associated complaint[25] as cited in the associated footnotes below. Please note that as a reward for my acting as a good citizen during the years of the Clinton-Obama-Comey regime with my voluntary support to the U.S. Intelligence Community, I have also received domestic terrorist threats after my assistance of the FBI in that case was previously revealed earlier this year as well.

Related to your suggestion that I might contact the Office of Government Information Services at the National Archives and Records Administration and the Director of the Office of Information at the U.S. Department of Justice for further assistance, I have copied both on this correspondence in the hope that they might be able to provide some additional support to this essential process of restoring justice in America. In addition, I have also included Deputy Attorney General Rod Rosenstein and the Voting Section of the U.S. Department of Justice Civil Rights Division, with whom I have been in touch previously regarding these severe efforts to rig the 2016 election and the associated civil rights abuses by the Clinton-Obama-Comey regime against me. Given the impact of the intense interest in the highly misleading Russia stories on the Department of Justice thanks to the media including throughout this weekend and the way the true story of what the Clinton-Obama-Comey regime did could help resolve this national confusion, I have included your Director of Public Affairs too.

---

[24] Office of Public Affairs, "Attorney General Holder Announces Charges Against Russian Spy Ring in New York City," U.S. Department of Justice, January 26, 2015. [https://www.justice.gov/opa/pr/attorney-general-holder-announces-charges-against-russian-spy-ring-new-york-city]

[25] Court complaint, Southern District of New York, January 23, 2015. [https://assets.documentcloud.org/documents/3534774/PodobnyyComplaint-2.pdf]

I certify that to the best of my knowledge and belief all of the information in this letter is correct.

Thank you in advance for your consideration and continued help in this essential matter.  I look forward to seeing the results of the critically important work that you and your colleagues at the U.S. Department of Justice are doing in this regard.

Sincerely,

Carter Page, Ph.D.

Copy to:
Rod Rosenstein, Deputy Attorney General
Melanie Ann Pustay, Director of the Office of Information, U.S. Department of Justice
        Civil Rights Division, Voting Section
Voting Section, Civil Rights Division, U.S. Department of Justice
Office of Government Information Services, National Archives and Records Administration
Sarah Isgur Flores, U.S. Department of Justice Director of Public Affairs

**Appendix**
**Potential False Testimony before Congress preceding Threats to Carter Page**
**March 20, 2017**

Included below is a sample of the misinformation campaign by the Clinton-Obama-Comey regime which has severely misled the public, thereby creating significant personal safety risks in the process.  As this example will help illustrate, a full public account of last year's civil rights crimes particularly as it relates to my alleged illegitimate FISA warrant through the forthcoming expected disclosure will prove essential in the process of rectifying these injustices.

In the March 20, 2017 hearing before the House Permanent Select Committee on Intelligence of the U.S. Congress, the following exchange occurred:

> **Congressman Adam Schiff:** Director Comey, I want to begin by attempting to put to rest several claims made by the president about his predecessor, namely that President Obama wiretapped his phones. So that we can be precise, I want to refer you to exactly what the president said and ask you whether there is any truth to it.
>
> First, the president claimed, quote, "Terrible. Just found out that Obama had my wires tapped in Trump Tower just before the victory. Nothing found. This is McCarthyism," unquote.
>
> Director Comey, was the president's statement that Obama had his wires tapped in Trump Tower a true statement?
>
> **Comey:** With respect to the president's tweets about alleged wiretapping directed at him by the prior administration, I have no information that supports those tweets and we have looked carefully inside the FBI. The Department of Justice has asked me to share with you that the answer is the same for the Department of Justice and all its components. The department has no information that supports those tweets.[26]

Based on revelations in the press thus far, I was the primary known person allegedly put under the most intensive surveillance by the Obama Administration as part of their 2016 domestic political intelligence operation.  Assuming the FISA reports in the *Washington Post*, *New York Times* and other publications about me are correct, the facts should help dispel the misinformation that the House Permanent Select Committee on Intelligence and other members of the U.S. Congress received during Comey's testimony as well as subsequent proceedings.  To the contrary, each of the President's tweets of March 4, 2017 were entirely correct as described in the analysis of his four related statements that day, below:

---

[26]    Washington Post Staff, "Full transcript: FBI Director James Comey testifies on Russian interference in 2016 election," *Washington Post*, March 20, 2017. [https://www.washingtonpost.com/news/post-politics/wp/2017/03/20/full-transcript-fbi-director-james-comey-testifies-on-russian-interference-in-2016-election/]

**"TERRIBLE! JUST FOUND OUT THAT OBAMA HAD MY 'WIRES TAPPED' IN TRUMP TOWER JUST BEFORE THE VICTORY. NOTHING FOUND. THIS IS MCCARTHYISM!"**

Although I stepped away from my role as an informal, unpaid campaign volunteer in the wake of the Clinton campaign's lies based on the 2016 Dodgy Dossier, like many millions of Americans I continued my support as a member of the Trump movement which I had maintained since June 2015.

The key defense that former Obama Administration appointees including James Comey might have made apparently centers on the word "my".

In the English language, the word "my" is defined as: "belonging to or **ASSOCIATED WITH** the speaker" (emphasis added).[27]  Although I previously served as a junior member of the Trump movement who didn't actually have any direct one-on-one discussions or meetings with our candidate, I have been labelled as a "Trump associate" in literally thousands of media articles and television programs.  This labeling largely stemmed from consistent mischaracterizations by the Clinton associates which tried to smear the Trump campaign with completely false allegations of improper relationships with Russian officials which never actually occurred as concocted by their Dodgy Dossier.

Furthermore, in order to properly understand his personal lexicon which stems from the altruistic management philosophy of President Trump, it is useful bearing in mind his core campaign philosophy.  Per his Election Day victory speech:

> "As I've said from the beginning, ours was not a campaign but rather an incredible and great movement, made up of millions of hard-working men and women who love their country and want a better, brighter future for themselves and for their family..... This was tough. This political stuff is nasty, and it is tough.... **You've all given me such incredible support, and I will tell you that we have a large group of people. You know, they kept saying we have a small staff. Not so small.** Look at all of the people that we have. Look at all of these people."[28]

Additionally, then-candidate Donald J. Trump also previously explained how his movement was not about him but about us on countless other occasions last year.  Again, in his final speech at the end of the campaign after victory had been declared, President-elect Trump noted: "I've just received a call from Secretary Clinton.  She congratulated us — it's about us — on our victory."[29]

---

[27]   "My," Oxford Dictionaries, Oxford University Press, 2017. [https://en.oxforddictionaries.com/definition/my]
[28]   "Transcript: Donald Trump's Victory Speech," *New York Times,* November 9, 2016. [https://www.nytimes.com/2016/11/10/us/politics/trump-speech-transcript.html]
[29]   "Transcript: Donald Trump's Victory Speech," *New York Times,* November 9, 2016. [https://www.nytimes.com/2016/11/10/us/politics/trump-speech-transcript.html]

**"IS IT LEGAL FOR A SITTING PRESIDENT TO BE 'WIRE TAPPING' A RACE FOR PRESIDENT PRIOR TO AN ELECTION? TURNED DOWN BY COURT EARLIER. A NEW LOW!"**

Based on the actual facts in my case rather than the false information provided by the Clinton campaign and their surrogates in the U.S. Government last year, members of my legal team have informed me that the alleged actions by the Obama Administration are certainly not legal.  In order to prove this and rather than continuing the current cover-up, access to this information that I have requested from the U.S. Department of Justice will be essential.

**"I'D BET A GOOD LAWYER COULD MAKE A GREAT CASE OUT OF THE FACT THAT PRESIDENT OBAMA WAS TAPPING MY PHONES IN OCTOBER, JUST PRIOR TO ELECTION!"**

My legal team has confirmed that great cases can be made.   However, in order to do so, the information requested for the public release of my FISA warrant application would be very helpful.  Of greater significance, it would also help to clear up the wrongful misunderstanding held by a vast proportion of the American public.  I am confident that your steps to expedite this disclosure will contribute to the process of restoring Justice in the United States.

**"HOW LOW HAS PRESIDENT OBAMA GONE TO TAPP MY PHONES DURING THE VERY SACRED ELECTION PROCESS. THIS IS NIXON/WATERGATE. BAD (OR SICK) GUY!"**

Having previously spoken in favor of some of Mr. Trump's policies on Fox News Group programs during the 2016 campaign[30] and given the peaceful relationship I have had with Russian citizens for many decades since my years in the U.S. Navy, it may be understandable why I would be the primary associated political target if such sick activities had indeed been committed as alleged in the previously cited media reports, misleading Congressional show trials and other publications.   Although I have never had any direct relationship or meetings with President Trump despite previously serving as an informal, unpaid member of one of his campaign's committees, I had frequently dined in Trump Grill, had lunch in Trump Café, had coffee meetings in the Starbucks at Trump Tower, attended events among other visits in 2016.  As a sister skyscraper in Manhattan, my office at the IBM Building (590 Madison Avenue) is literally linked to the Trump Tower building by an atrium.   So if prior media reports are proved to be correct that surveillance was indeed undertaken against me and other Trump supporters according to the FISA documentation you can provide, it will essentially be deemed as a proven fact that the American people's concerns that Trump Tower was under surveillance last year is entirely accurate.  Please note that my mobile phone is always turned on and with me 24-hours a day, except when I am in airplane-mode during flights. As an early Trump campaign supporter

---

[30]   For example: Fox Business, August 16, 2016 [http://finance.yahoo.com/video/jan-brewer-obama-not-concerned-224534142.html]; Fox Business, "Varney & Co.," September 8, 2016.

since June 2015 and a proud member of the historic Make America Great Again movement, yet another attack against me of this sort may well have been a de facto attack against the citizen who would eventually become our current President of the United States.  Clearly, such potential abuses will be proven or disproven based on the information regarding the alleged illegal wiretapping of me and any associated FISA warrants that this expedited processing should soon provide.

# Exhibit E



**U.S. Department of Justice**

Office of Legal Counsel

*Washington, D.C. 20530*

August 2, 2017

Carter Page
CPage@globalenergycap.com

**Re:     FOIA Tracking No. FY17-245**

Dear Mr. Page:

This letter responds to your May 21, 2017 Freedom of Information Act ("FOIA") request to the Mail Referral Unit ("MRU") at the Department of Justice, in which you sought ten categories of records regarding "the electronic surveillance of [you,] . . . [from] June 1, 2016 to April 30, 2017." Pursuant to 28 C.F.R. § 16.5(b), your request was processed in the simple track. With regard to parts (5) through (10) of your request, a search of OLC's files has located no documents responsive to your request. As you were advised in the June 29, 2017 letter from the Office of Information Policy, the National Security Division will respond to parts (1) through (4) of your request.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison, Melissa Golden, at 202-514-2053 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services ("OGIS") at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

You have the right to an administrative appeal. You may administratively appeal by writing to the Director, Office of Information Policy ("OIP"), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Paul P. Colborn
Special Counsel