**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| CARTER PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-03149 |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF AMANDA MARCHAND JONES**

I, Amanda Marchand Jones, declare the following to be a true and correct statement of

facts:

1.      I am the Chief of the Freedom of Information Act ("FOIA")/Privacy Act ("PA")

Unit in the Office of Enforcement Operations in the Criminal Division of the United States

Department of Justice. I have held this position since January 18, 2016. I served as the Deputy

Chief of the FOIA/PA Unit from May 2015 to my current appointment. Prior to joining the

Criminal Division, I was an Attorney Advisor with the Office of Information Policy at the United

States Department of Justice ("OIP") from May 2009 to May 2015. The mission of OIP is to

encourage and oversee agency compliance with the FOIA. I served in various positions within

OIP, including as an attorney who reviewed and adjudicated administrative appeals and

conducted general and specialized training for executive branch agencies on the application of

the FOIA exemptions. I am a member of the bar of the District of Columbia Bar.

2.      The FOIA/PA Unit is responsible for processing FOIA requests seeking records from the Criminal Division.[1] The FOIA/PA Unit determines whether the Criminal Division maintains records responsive to FOIA/PA requests, and if so, whether they can be released in accordance with the FOIA. In processing such requests, the FOIA/PA Unit consults with personnel in the Criminal Division sections where potentially responsive records may be maintained and, when appropriate, with other components within the Department of Justice, as well as with other Executive Branch agencies.

3.      In my official capacity, I supervise thirteen employees whose mission it is to effectively respond to requests for access to Criminal Division records. I am responsible for, among other things, supervising the handling of the FOIA and PA requests processed by the Criminal Division's FOIA/PA Unit. I am also responsible for providing litigation support and assistance to Assistant United States Attorneys and Civil Division Trial Attorneys who represent the Criminal Division in lawsuits filed in federal court under the FOIA and/or the PA stemming from requests for Criminal Division records.

4.      Due to the nature of my official duties, I am familiar with the procedures followed by the Criminal Division in responding to requests for information from its files pursuant to the provisions of the FOIA, 5 U.S.C. § 552, and the PA, 5 U.S.C. § 552a. Specifically, I am familiar with the FOIA request submitted by the plaintiff to the Criminal Division, at issue in this litigation.

---

[1] The Criminal Division is comprised of seventeen Sections: the Office of the Assistant Attorney General, the Appellate Section, the Computer Crime and Intellectual Property Section, the Capital Case Section, the Child Exploitation and Obscenity Section, the Fraud Section, the Human Rights and Special Prosecutions Section, the International Criminal Investigative Training Assistance Program, the Money Laundering and Asset Recovery Section, the Narcotic and Dangerous Drug Section, the Organized Crime and Gang Section, the Office of Enforcement Operations, the Office of International Affairs, the Office of Overseas Prosecutorial Development, Assistance and Training, the Office of Policy and Legislation, Office of Administration, and the Public Integrity Section.

5.      I make the statements herein on the basis of personal knowledge, as well as on

information provided to me by others within the Criminal Division with knowledge of the status

of this request and litigation, and on information acquired by me in the course of performing my

official duties in the FOIA/PA Unit.

**Plaintiff's FOIA Request**

6.      By email received on June 22, 2017, the Office of Information Policy (OIP)

routed plaintiff's FOIA request, dated May 21, 2017, to the Criminal Division's FOIA/PA Unit.

A copy the memorandum routing the request the Criminal Division is attached hereto as Exhibit

A.

7.      Plaintiff's request contains ten (10) parts seeking records pertaining the

authorization of a Foreign Intelligence Surveillance (FISA) court warrant and communications

"concerning a warrant authorizing the electronic surveillance of Carter Page." A copy of

plaintiff's May 21, 2017, request is attached hereto as Exhibit B.

8.      By letter dated July 3, 2017, the FOIA/PA Unit acknowledged receipt of

plaintiff's routed FOIA request and assigned it tracking number CRM 300608097. A copy of the

FOIA/PA Unit's letter to plaintiff dated July 3, 2017, is attached hereto as Exhibit C.

9.      On July 7, 2017, the FOIA/PA Unit sent a search request to the Criminal

Division's Electronic Surveillance Unit (ESU), which is within the Office of Enforcement

Operations. ESU is responsible for reviewing all federal electronic surveillance requests and

requests to apply for court orders permitting the use of video surveillance pursuant to 18 U.S.C.

2510 et seq. ESU does not handle Foreign Intelligence Surveillance Court authorizations.

10.     ESU competed its search on July 18, 2017. ESU searched its tracking database using the search term "Carter Page" and three specific phone numbers provided by plaintiff in his request. No responsive records subject to the FOIA were located.

11.     On September 11, 2017, the FOIA/PA Unit issued a final response letter to plaintiff. That final response letter noted that plaintiff had been informed by OIP in a letter dated June 29, 2017, that the National Security Division was responding to parts (1) through (4) of his request, and that the Criminal Division had conducted a search for records responsive to parts (5) though (10). At the conclusion of the Criminal Division's search, no responsive records subject to the FOIA were located.  A copy of the Criminal Division FOIA/PA Unit's final response letter is attached hereto as Exhibit D.

12.     To the best of my knowledge, Carter Page has not filed an administrative appeal with respect to this determination.


I declare under penalty of perjury that the foregoing is true and correct.


Amanda Marchand Jones

Amanda Marchand Jones


Executed this 19th day of December, 2019

3

# EXHIBIT A



**U.S. Department of Justice**
Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

June 22, 2017

**<u>MEMORANDUM</u>**

TO:            Amanda Marchand Jones
                   Chief, FOIA/PA Unit
                   Criminal Division

FROM:      Initial Request Staff

SUBJECT:   Freedom of Information Act (FOIA) Request Received by
                 <u>Office of Information Policy (OIP) No. DOJ-2017-004452 (AG), et. al.</u>

      Please be advised that the attached FOIA request from Carter Page was received by the Office of Information Policy on June 2, 2017.  Because it is seeking records of interest to the Criminal Division, we are forwarding this request to your Office for processing and direct response to the requester.  For your information, we are also processing this request on behalf of the Office of the Attorney General, Deputy Attorney General, Associate Attorney General, Legislative Affairs, and Public Affairs.  **Please be advised that the requester is seeking a fee waiver for this request.**  This Office did not yet make a determination regarding the request for a fee waiver or the requester's fee category.

Attached is the initial request, a certification of identify form, and the Mail Referral Unit response sent to the requester.  Should you have any questions regarding this matter, please contact ███████████ of this Office at ███████████ or ███████████ @usdoj.gov.

Attachment

# EXHIBIT B

Carter Page
Global Energy Capital LLC
590 Madison Avenue 21st
New York, NY 10022



7015 3430 0000 5942 4306



U.S. POSTAGE
PAID
POUGHKEEPSIE, NY
12603
MAY 22 '17
AMOUNT
$5.29
R2304M110583.09

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001

INSPECTED 14

X-RAYED

MAY 3 0 2017
DOJ MAILROOM

20530-0001



GLOBAL ENERGY CAPITAL LLC

**CARTER PAGE, CFA**
*Managing Partner*

590 Madison Avenue
21st Floor
New York, NY 10022

d: +1
f: +1
m: +1

█████Pglobalenergycap.com

U.S Department of Justice      **Certification of Identity** 

FORM APPROVED OMB NO. 1103-0016
EXPIRES 03/31/17

**Privacy Act Statement.** In accordance with 28 CFR Section 16.41(d) personal data sufficient to identify the individuals submitting requests by mail under the Privacy Act of 1974, 5 U.S.C. Section 552a, is required. The purpose of this solicitation is to ensure that the records of individuals who are the subject of U.S. Department of Justice systems of records are not wrongfully disclosed by the Department. Requests will not be processed if this information is not furnished. False information on this form may subject the requester to criminal penalties under 18 U.S.C. Section 1001 and/or 5 U.S.C. Section 552a(i)(3).

Public reporting burden for this collection of information is estimated to average 0.50 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Suggestions for reducing this burden may be submitted to the Office of Information and Regulatory Affairs, Office of Management and Budget, Public Use Reports Project (1103-0016), Washington, DC 20503.

Full Name of Requester [1]   Carter W. Page

Citizenship Status [2]   United States     Social Security Number [3] ███████

Current Address   C/o Global Energy Capital LLC, 590 Madison Ave, 21st Fl, New York, NY 10022

Date of Birth ███████     Place of Birth ███████

**OPTIONAL: Authorization to Release Information to Another Person**

This form is also to be completed by a requester who is authorizing information relating to himself or herself to be released to another person.

Further, pursuant to 5 U.S.C. Section 552a(b), I authorize the U.S. Department of Justice to release any and all information relating to me to:

Carter W. Page

                              **Print or Type Name**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I understand that any falsification of this statement is punishable under the provisions of 18 U.S.C. Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 U.S.C. 552a(i)(3) by a fine of not more than $5,000.

**Signature** [4] ███████████     **Date** May 21, 2017

---

[1] Name of individual who is the subject of the record(s) sought.

[2] Individual submitting a request under the Privacy Act of 1974 must be either "a citizen of the United States or an alien lawfully admitted for permanent residence," pursuant to 5 U.S.C. Section 552a(a)(2). Requests will be processed as Freedom of Information Act requests pursuant to 5 U.S.C. Section 552, rather than Privacy Act requests, for individuals who are not United States citizens or aliens lawfully admitted for permanent residence.

[3] Providing your social security number is voluntary. You are asked to provide your social security number only to facilitate the identification of records relating to you. Without your social security number, the Department may be unable to locate any or all records pertaining to you.

[4] Signature of individual who is the subject of the record sought.

FORM DOJ-361

# G L O B A L   E N E R G Y   C A P I T A L   L L C

May 21, 2017

**VIA CERTIFIED MAIL**

FOIA/PA Mail Referral Unit
Department of Justice
Room 115
LOC Building
Washington, DC 20530-0001

**Re:  Freedom of Information Act/Privacy Act Request**

Dear FOIA/PA Officer:

On April 11, 2017, the Washington Post reported, "The FBI obtained a secret court order last summer to monitor the communications of an adviser to presidential candidate Donald Trump, part of an investigation into possible links between Russia and the campaign, law enforcement and other U.S. officials said.  The FBI and the Justice Department obtained the warrant targeting Carter Page's communications after convincing a Foreign Intelligence Surveillance Court judge that there was probable cause to believe Page was acting as an agent of a foreign power, in this case Russia, according to the officials."  See Ellen Nakashima, Devlin Barrett and Adam Entous, FBI obtained FISA warrant to monitor Trump adviser Carter Page, THE WASHINGTON POST (available at http://wapo.st/2pr7kpE).

I (Carter Page) therefore request that the U.S. Department of Justice produce the following within 20 business days:

- All information gathered pursuant to the warrant issued by the Foreign Intelligence Surveillance Court authorizing the electronic surveillance of Carter Page.  Such information includes, but is not limited to, transcripts or summaries of any telephonic or electronic communications of Carter Page;

- The warrant issued by the Foreign Intelligence Surveillance Court authorizing the electronic surveillance of Carter Page;

- The application and all other materials submitted to the Foreign Intelligence Surveillance Court to obtain a warrant authorizing the electronic surveillance of Carter Page;

- All records relied upon in preparing the application to the Foreign Intelligence Surveillance Court to obtain a warrant authorizing the electronic surveillance of Carter Page;

- All communications within the U.S. Department of Justice concerning Carter Page.  Such communications include, but are not limited to, communications

- concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of the Federal Bureau of Investigation, the National Security Agency, the National Security Council, the White House, or the Office of the Director of National Intelligence concerning Carter Page.  Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any member or staff member of Congress concerning Carter Page as well as all records provided to any member or staff member of Congress concerning Carter Page.  Such communications or records include, but are not limited to, communications or records concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any journalist or member of the news media concerning Carter Page.  Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page;

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of Hillary Clinton's campaign for President or any representative of Hillary Clinton or her campaign concerning Carter Page.  Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page; and

- All communications between any official, officer, or employee of the U.S. Department of Justice and any official, officer, or employee of Donald Trump's campaign for President, any representative of Donald Trump or his campaign, or any official, officer, employee, or representative of President-Elect Donald Trump's transition team concerning Carter Page.  Such communications include, but are not limited to, communications concerning a warrant authorizing the electronic surveillance of Carter Page.

The time frame for this request is June 1, 2016 to April 30, 2017.

**A copy of my (Carter Page's) signed, fully executed Certification of Identity form is included herewith.**

This request is made pursuant to the provisions of the Freedom of Information Act, 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a, and is made for educational purposes, not commercial use.

Because I am unsure which U.S. Department of Justice components would have the records responsive to my request, I am submitting this request to the Department's Mail Referral Unit. Nonetheless, I believe that the Office of the Associate Attorney General, the Office of the Attorney General, the Criminal Division, the Office of the Deputy Attorney General, the Executive Office for United States Attorneys, the National Security Division, the Office of Legal Counsel, the Office of Legislative Affairs, and the Office of Public Affairs may have responsive records.

Please ensure that, when searching for records responsive to this request, proper consideration is given to the use of non-official electronic messaging accounts, as that term is defined in 44 U.S.C. § 2911. To the extent officers and employees are using non-official electronic messaging accounts to conduct official business, they are required to copy their official electronic messaging accounts in the original creation or transmission of the communication, or forward a complete copy of the communication to their official electronic messaging accounts not later than 20 days after the original creation or transmission of the record. 44 U.S.C. § 2911(a). This requirement applies to email and all other electronic messaging systems, including text messages, whether encrypted or unencrypted. Any such communications are public records and are included within the scope of this request.

Please produce all responsive records in an electronic format ("pdf" is preferred), if convenient. I am also willing to accept a "rolling production" of responsive records if it will facilitate a more timely production.

I have been the subject of substantial media interest (*see, e.g.,* Scott Shane, Mark Mazzetti and Adam Goldman, *Trump's Adviser's Visit to Moscow Got the FBI's Attention,* THE NEW YORK TIMES, available at https://www.nytimes.com/2017/04/19 /us/politics/carter-page-russia-trump.html). I am therefore entitled to a waiver of both search fees and duplication fees because "disclosure of the information is in the public interest." 5 U.S.C. § 552(a)(4)(A)(iii). Disclosure of the requested records undoubtedly will shed light on "the operations or activities of the government." *Cause of Action v. Federal Trade Comm.,* 799 F.3d 1115 (D.C. Cir. 2015) (*quoting* 5 U.S.C. § 552(a)(4)(A)(iii)). Disclosure also is "likely to contribute significantly to the public understanding" of those operations or activities because, among other reasons, I intend to disseminate both the records and its findings to "a reasonably broad audience of persons interested in the subject" via my appearances on news programs. *Cause of Action,* 799 F.3d at 1116 (*quoting Carney v. U.S. Dep't of Justice,* 19 F.3d 807, 815 (2d Cir. 1994)).

In the event our request for a waiver of search and/or duplication costs is denied, I agree to pay up to $300.00 in search and/or duplication costs. I however request that I be contacted before any such costs are incurred, in order to prioritize search and duplication efforts.

If you do not understand this request or any portion thereof, or if you feel you require clarification of this request or any portion thereof, please contact me immediately.

Thank you for your cooperation.

Sincerely,

Carter Page, Ph.D.

# EXHIBIT C



**U.S. Department of Justice**

Criminal Division

_____

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                              July 3, 2017

Carter Page, Ph.D.
Global Energy Capital LLC
21ˢᵗ Floor
590 Madison Avenue
New York, NY  10022                        Request No. CRM-300608097
▇▇▇@globalenergycap.com                    Subject: yourself

Dear Mr. Page:

      This acknowledges receipt of your Freedom of Information Act/Privacy Act (FOIA/PA) request seeking records maintained by the Criminal Division concerning the above-mentioned subject.  Your request was routed to this Office by the Office of Information Policy and was received in this Office on June 22, 2017.  The request number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

☒  Your request has been received by the Freedom of Information Act/Privacy Act Unit and we are searching the section(s) most likely to maintain responsive records.

☒  Because your request presents "unusual circumstances" (<u>See</u> 5 U.S.C. § 552(a)(6)(B)(i)-(iii)), we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.

☒  We have not yet made a decision on your request for a fee waiver. We will do so after we determine whether the processing of your request will result in any assessable fees.

☒  We have not yet made a decision on your request for preferred fee status. We will do so after we determine whether the processing of your request will result in any assessable fees.

☐  Your request for expedited treatment has been:

    ☐  Granted. Accordingly, your request has been assigned to a Government Information Specialist in this Office and we will respond to your request as soon as practicable.

    ☐  Denied. You have not established that your request fits within any of the four U.S. Department of Justice standards for expedited treatment. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), U.S. Department of Justice, Suite 11050, 1425 New

2

York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following website: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 60 days of the date of my response to your request. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

I regret the necessity of this delay, but I assure you that your request will be processed as soon as possible. If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact me by telephone at (202) 616-0307, by email at crm.foia@usdoj.gov, or by mail at the Criminal Division, U.S. Department of Justice, Suite 1127, Keeney Building, NW, Washington, DC 20530-0001.

You may contact our FOIA Public Liaison at the telephone number listed above for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

Amanda Marchand Jones
Chief
FOIA/PA Unit

# EXHIBIT D



**U.S. Department of Justice**

Criminal Division

_____

*Office of Enforcement Operations*                    *Washington, D.C. 20530*

**VIA Electronic Mail**                              September 11, 2017

Carter Page, Ph.D.
Global Energy Capital LLC
21st Floor
590 Madison Avenue
New York, NY  10022
███@globalenergycap.com                    Request No. CRM-300608097

Dear Mr. Page:

This responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated May 21, 2017, and received in this Office on June 22, 2017, for records concerning yourself.

As you were advised in the June 29, 2017 letter from the Office of Information Policy, the National Security Division will respond to parts (1) through (4) of your request. With respect to parts (5) through (10) of your request Criminal Division personnel searched the section most likely to maintain records and no responsive records subject to the FOIA were located.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. *See* 5 U.S.C. § 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may contact our FOIA Public Liaison at the (202) 616-0307 for any further assistance and to discuss any aspect of your request. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, DC 20530-0001, or you may submit an appeal through OIP's FOIAonline portal by creating an account on the following web site: https://foiaonline.regulations.gov/foia/action/public/home. Your appeal must be postmarked or electronically transmitted within 90 days of the date of my response to your request. If you

2

submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Amanda Marchand Jones
Chief
FOIA/PA Unit