# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>*Defendant.* | Case No. 1:19-CV-03149-KBJ |

## UNOPPOSED MOTION TO EXTEND TIME

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), plaintiff Carter Page, by and through the undersigned counsel, respectfully requests that the Court extend the time for Dr. Page to respond to the United States Department of Justice's Partial Motion to Dismiss and for Partial Summary Judgment (ECF 9, "Motion") by sixty days, to and including May 30, 2020.

1. Plaintiff, then self-represented, filed this action on October 21, 2019. ECF 1. The government filed its Motion on December 23, 2019. ECF 9.

2. On January 31, 2020, Dr. Page requested an extension of time to respond to the Motion. ECF 11. By Order of February 4, 2020, the Court extended the time for Dr. Page to respond to March 31, 2020.

3. Thereafter, Dr. Page engaged the undersigned counsel. Counsel is currently reviewing the case and is engaging in settlement discussions with the government.

4. A sixty-day extension will provide the parties with time to pursue settlement, and also provide Dr. Page's counsel with adequate time to determine an appropriate strategy for the case and to respond to the Motion.

5. An extension is further necessary in light of the challenges posed by the COVID-19

pandemic. *See, e.g.*, *In re: Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic*, Standing Order No. 20-9 (D.D.C. Mar. 16, 2020).

6. Good cause exists to grant this request.

7. This motion is not made for purposes of delay.

8. Counsel for Dr. Page contacted counsel for the government, who indicated that the government does not oppose this motion.

WHEREFORE, Dr. Page respectfully requests that the Court extend the time for him to respond to the government's Motion by sixty days, to and including May 30, 2020.

Dated:  March 25, 2020

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan (D.C. Bar # 337907)
**WINSTON & STRAWN LLP**
1901 L Street NW
Washington, DC 20036
Tel: (202) 282-5787
Fax: (202) 282-5100
Email: tbuchana@winston.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2020, the foregoing motion was electronically filed and served on all counsel of record through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan
*Counsel for Plaintiff*
