**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CARTER PAGE,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Case No. 1:19-CV-03149-KBJ |

**[PROPOSED] ORDER**

Having read and considered plaintiff Carter Page's Unopposed Motion to Extend Time, it is this ____ day of _____, 2020, by the United States District Court for the District of Columbia, hereby ORDERED:

1) The Motion is granted; and

2) The time for Dr. Page to respond to the government's Partial Motion to Dismiss and for Partial Summary Judgment (ECF 9) is extended to and including July 29, 2020.

_____
U.S. DISTRICT COURT JUDGE